IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOEY QUINTIN PERRYMAN, et al., )
)
    Plaintiffs, )
) No. 3:12-0109
v. ) JUDGE HAYNES
)
STEVEN GRAVES, et al., )
)
    Defendants. )

## ORDER

Upon review of the file, the Clerk of Court mailed a copy of an Order in this action to the Plaintiff Joseph Monroe Bennett on January 26, 2012. (Docket Entry No. 94). The Order was returned to the Court as "Return to Sender, Unable to Forward." (Docket Entry No. 102 ).

Under Fed. R. Civ. P. 5(b), service is effective upon mailing to the party's last known address. It is a party's responsibility to inform the Court of his address so as to enable the Court to inform all parties of matters arising in the litigation. Downs v. Pyburn, No. 3:87-0471 (M.D. Tenn. Order filed September 4, 1987). The Plaintiff has failed to inform the Court of their new address, and the Court is unable to conduct the necessary proceedings in this action.

Accordingly, Plaintiff Joseph Monroe Bennett's claims are **DISMISSED** without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for Plaintiffs' failure to prosecute.

It is so **ORDERED**.

ENTERED this the 15th day of February, 2012.

                                WILLIAM J. HAYNES, JR.
                                United States District Judge