IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOEY QUINTIN PERRYMAN, et al.,    )
                          )
      Plaintiffs,           )
                          )    No.  3:12-0109
v.                        )    JUDGE HAYNES
                          )
STEVEN GRAVES, et al.,         )
                          )
      Defendants.      )

## ORDER

Upon review of the file, the Clerk of Court mailed a copy of an Order in this action to the

Plaintiff Joey Quintin Perryman on January 26, 2012. (Docket Entry No. 94). The Order was

returned to the Court as "Return to Sender, Unable to Forward." (Docket Entry No. 103 ).

Under Fed. R. Civ. P. 5(b), service is effective upon mailing to the party's last known

address. It is a party's responsibility to inform the Court of his address so as to enable the Court

to inform all parties of matters arising in the litigation. Downs v. Pyburn, No. 3:87-0471 (M.D.

Tenn. Order filed September 4, 1987). The Plaintiff has failed to inform the Court of their new

address, and the Court is unable to conduct the necessary proceedings in this action.

Accordingly, Plaintiff Joey Quintin Perryman's claims are **DISMISSED** without

prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for Plaintiffs' failure to

prosecute.

It is so **ORDERED**.

ENTERED this the _16_ day of February, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge