IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOEY QUINTIN PERRYMAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 3:12-0109 |
| v. ) | JUDGE HAYNES |
| ) | |
| STEVEN GRAVES, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon review of the file, the Clerk of Court mailed a copy of an Order in this action to the Plaintiff Edward Rogers Blackburn, III on January 26, 2012. (Docket Entry No. 94). The Order was returned to the Court as "Return to Sender, Unable to Forward." (Docket Entry No. 126 ).

Under Fed. R. Civ. P. 5(b), service is effective upon mailing to the party's last known address. It is a party's responsibility to inform the Court of his address so as to enable the Court to inform all parties of matters arising in the litigation. Downs v. Pyburn, No. 3:87-0471 (M.D. Tenn. Order filed September 4, 1987). The Plaintiff has failed to inform the Court of their new address, and the Court is unable to conduct the necessary proceedings in this action.

Accordingly, Plaintiff Edward Rogers Blackburn's claims are **DISMISSED** without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for Plaintiffs' failure to prosecute.

It is so **ORDERED**.

ENTERED this the 19th day of March, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge

Case 3:12-cv-00109   Document 127   Filed 03/19/12   Page 1 of 1 PageID #: 257