IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOEY QUINTIN PERRYMAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 3:12-cv-109 |
| | ) | Chief Judge Haynes |
| STEVEN GRAVES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Upon review of the file, the Clerk of the Court mailed a copy of an Order in this action to the Plaintiff Trevor Lee Bolin on March 19, 2012. (Docket Entry No. 127). The Order was returned to the Court as "return to sender, not deliverable as addressed." (Docket Entry No. 132).

Under Fed. R. Civ. P. 5(b), service is effective upon mailing to the party's last known address. It is a party's responsibility to inform the Court of his address so as to enable the Court to informall parties of matters arising in the litigation. Downs v. Pyburn, No. 3-87-471, Order (M.D. Tenn. Sept. 4, 1987). The Plaintiff has failed to the inform the Court of his new address, and the Court is unable to conduct the necessary proceedings in this action.

Accordingly, Plaintiff Trevor Lee Bolin's claims are **DISMISSED without prejudice** for Plaintiff's failure to prosecute. Fed. R. Civ. P. 41(b).

It is so **ORDERED.**

ENTERED the ___18th___ day of September, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge